The Court (Morsell, J., contrd,) quashed the indictment.
See the 29th rule of practice of this Court, The United States v. Shackelford, in this court at April term, 1828, post; The United States v. Hollinsberry, at November term, 1829, post; Commonwealth v. Leap, in this court, April term, 1801, (1 Cranch C. C. 1); The United States v. Sanford, July 14, 1806, Id. 323; The United States v. R. B. Jamesson, January, 1802, Id. 62; The United States v. Singleton, June, 1805, Id. 237; The United States v. Willis, November, 1808, Id. 511; The United States v. Carr, November, 1823, (2 Cranch, C. C. 439.)